# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144484

ALICE COLLINS,
      Plaintiff-Appellee,

v

                                     SC: 144484
                                     COA: 298801

HARVEY M. LEFKOWITZ, D.P.M., P.C.,
d/b/a MICHIGAN FOOT AND ANKLE, P.C.,
and ANTHONY GIORDANO, D.P.M.,
          Defendants-Appellants.
                                     Oakland CC: 08-096471-NH

_____/

On order of the Court, the application for leave to appeal the December 13, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

d0514

                                          Clerk